No. 646. PALMER v. RAGEN, WARDEN. January 28, 1946. Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 647. KADLECEK v. ILLINOIS. January 28, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 648. BERRY v. RAGEN, WARDEN. January 28, 1946. Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 657. MOORE v. ILLINOIS. January 28, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 660. BARONIA v. RAGEN, WARDEN. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.